CENTER FOR DISABILITY ACCESS
Naomi Butler, Esq, SBN 332664
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
naomib@potterhandy.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Brian Whitaker**,

    Plaintiff,

v.

**GS Pacific ER LLC,** a Delaware Limited Liability Company; **Fantasy Beauty Spas, Inc,** a California Corporation; and Does 1-10,

    Defendants

Case No.: 4:21-cv-05774-JST

**Plaintiff's Notice of Voluntary Dismissal Pursuant to FRCP 41(a)**

**PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) for only defendant GS Pacific ER LLC.

Defendant GS Pacific ER LLC has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: 1/25/2023         CENTER FOR DISABILITY ACCESS

                            By: /s/ Naomi Butler
                            Naomi Butler
                            Attorney for Plaintiff